UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br><br>        Plaintiff,<br><br>     v.<br><br>PROFESSIONAL POST ACUTE CENTER (PPAC), et al.,<br><br>        Defendants. | Case No. 24-cv-04242-KAW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 9 |

On August 12, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* ("IFP application") with leave to amend because the IFP application was incomplete. (Dkt. No. 6.) For example, Plaintiff failed to answer questions regarding the date of her last employment and salary, other money sources and amount of self-employed income, present bank account balance and assets, monthly expenses, other debts, and whether Plaintiff sought to raise claims presented in other lawsuits. The Court ordered Plaintiff to either provide a complete IFP application or pay the filing fee by August 30, 2024. (*Id.*)

No complete IFP application was filed. Instead, on September 4, 2024, Plaintiff filed a "Response to Order on IFP," in which Plaintiff requested a six-month stay in the case and the IFP review. (Dkt. No. 8 at 7.) On September 12, 2024, the Court denied Plaintiff's request to stay, and extended Plaintiff's deadline to file a complete IFP application to October 7, 2024. (Dkt. No. 9.) The Court warned that the failure to file the complete IFP application could result in the Court denying Plaintiff's IFP application and ordering Plaintiff to pay the filing fee.

To date, Plaintiff has not filed a complete IFP application. Accordingly, the Court ORDERS Plaintiff to show cause why her IFP application should not be denied by: (1) filing the complete IFP application, and (2) explaining why she failed to comply with the Court's orders.

1  Plaintiff's IFP application and response shall be due by **December 13, 2024**. Failure to comply
2  will result in the Court denying Plaintiff's IFP application and ordering Plaintiff to pay the filing
3  fee.
4      IT IS SO ORDERED.
5  Dated: November 19, 2024

                                                *Kandis Westmore*
                                        KANDIS A. WESTMORE
                                        United States Magistrate Judge