United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SELENE BALLONOFF,

           Plaintiff,

    v.

PROFESSIONAL POST ACUTE CENTER
(PPAC), et al.,

           Defendants.

Case No. 24-cv-04242-KAW

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 16

On January 10, 2025, the Court ordered Plaintiff to pay the filing fee after Plaintiff failed to file a complete IFP application. (*See* Dkt. No. 13.) After Plaintiff requested a six-month extension to pay the filing fee, the Court set an August 14, 2025 deadline for payment. (Dkt. No. 16.)

To date, Plaintiff has not paid the filing fee. Accordingly, the Court ORDERS Plaintiff to show cause, by October 1, 2025, why this case should not be dismissed for failure to pay the filing fee by: (1) paying the $405 filing fee, and (2) explaining why Plaintiff failed to timely pay the filing fee. Failure to do so **will** result in the Court reassigning this case to a district judge with the recommendation that the case be dismissed without prejudice for failure to pay the filing fee.

IT IS SO ORDERED.

Dated: September 15, 2025

KANDIS A. WESTMORE
United States Magistrate Judge