UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SELENE BALLONOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>PROFESSIONAL POST ACUTE CENTER (PPAC), et al.,<br><br>    Defendants. | Case No. 24-cv-04242-KAW<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO FILE UNDER SEAL AND REQUESTING OTHER RELIEF**<br><br>Re: Dkt. No. 22 |

On December 5, 2025, Plaintiff filed a motion: (1) requesting leave to file portions of the motion under seal, (2) requesting that the Court reconsider its order requiring payment of the filing fee and extend the payment date to June 5, 2026, and (3) requesting that the Court require production of her mother's medical records. (Dkt. No. 22.) The Court GRANTS IN PART and DENIES IN PART Plaintiff's motion.

First, the Court GRANTS Plaintiff's request to file under seal the redacted portions of the motion because they concern Plaintiff's medical information.

Second, the Court DENIES Plaintiff's request to extend the payment of the filing fee to June 5, 2026, as this case has been pending since July 15, 2024. The Court, however, will permit Plaintiff to either pay the filing fee or file an IFP application that is completed in full by **January 30, 2026**. **No further extensions will be given**. Failure to file a full and complete IFP application or pay the filing fee by January 30, 2026 **will** result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed for failure to pay the filing fee.

Finally, the Court DENIES Plaintiff's request that the Court require production of her mother's medical records. As the filing fee has not been paid and the case has not been served on

///

1  Defendants, such relief is not appropriate at this time.

2      IT IS SO ORDERED.

3  Dated: December 18, 2025

4                                      KANDIS A. WESTMORE

5                                      United States Magistrate Judge